BARNABAS HAMMETT et al., Respondents, *v.* JOHN J. BARNARD et al., Appellants.

(Argued April 21, 1875; decided May 25, 1875.)

THIS case presented simply questions of fact, the court holding there was evidence sufficient to authorize a submission thereof to the jury, and to sustain their verdict. (Reported below, 1 Hun, 198.)

*E. N. Taft* for the appellants.

*Richard H. Huntley* for the respondents.

RAPALLO, J., reads for affirmance.
All concur.
Judgment affirmed.